ordered for the defendant on the nonsuit, with costs. All concurred, except Williams, J., not sitting.

John C. Woodmancy, Appellant, v. Hiram Woodmancy and Others, Respondents.—Judgment affirmed, with costs. All concurred.

T. Davis Spring, Respondent, v. Frank M. Ryan, Appellant. — Judgment affirmed, with costs. All concurred.

Charles A. Brady, as Assignee of W. E. Cherry, Jr., & Co., Respondent, v. Wagener Brothers Shoe Company, Appellant. — Judgment and order affirmed, with costs. All concurred.

Harmar St. C. Denny, Respondent, v. Thomas A. Ennis and Charles F. Stoppani, Appellants.—Interlocutory judgment affirmed, with costs, with leave to defendants to plead over upon payment of the costs of the demurrer and of this appeal. All concurred.

Henry P. Gardner, Respondent, v. The Co-operative Fire Insurance Company of Wyoming and Genesee Counties, Appellant.—Judgment affirmed, with costs. All concurred.

Stephen K. Hitchcock, Respondent, v. James Brooks, Appellant.— Order reversed, with ten dollars costs and disbursements, and judgment entered for costs in plaintiff's favor vacated and set aside, and defendant's motion that costs be taxed in his favor granted, without costs of said motion. All concurred, except Williams, J., not voting.

William S. Rhodes, Appellant, v. Mutual Reserve Life Insurance Company, Respondent.—Judgment affirmed, with costs. All concurred.

Patrick Flynn, Plaintiff, v. The New York Central and Hudson River Railroad Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment ordered for the defendant on the nonsuit. All concurred, except Kruse, J., who dissented.

Benjamin Harris, Respondent, v. Fannie J. Scott, Appellant.— Judgment and order affirmed, with costs. All concurred.

Iacuzza Cannice, as Administratrix, etc., of Santo Cannice, Deceased, Appellant, v. George T. Tilden and Hyde F. Tilden, Respondents.— Judgment and order affirmed, with costs. All concurred. Nash, J., not sitting.

Nathan S. Beardslee and Frank P. McDermott, as Receivers of the National Salt Company, Respondents, v. John D. Church, Appellant.—Judgment and order affirmed, with costs. All concurred. Kruse, J., not sitting.

In the Matter of the Probate of the Last Will and Testament of Margaret C. Mehl, Deceased. Nellie Agness, Appellant; Walter Miller and Walter Miller, Jr., Respondents.— Decree of Surrogate's Court affirmed, with separate bills of costs to the adult respondent and the special guardian, payable out of the estate. All concurred.

Daniel M. Holland, Respondent, v. Nellie Holland and Others, Defendants, Impleaded with Cornelius Holland and Margaret Holland Coughlin, Appellants. — Judgment affirmed, with costs. All concurred.

John J. Smith, Respondent, v. Charles F. Mitchell, as Attorney in Fact of the Several Underwriters at International Fire Office of New York City, Appellant. —Interlocutory judgment affirmed, with costs, with leave to the defendants to plead over upon payment of the costs of the demurrer and of this appeal. All concurred.

Marcus D. Gage, Respondent, v. Otto L. Bloomquist and Walter L. Snow, Appellants.— Judgment affirmed, with costs. All concurred, except Nash, J., who dissented on authority of *Dillon* v. *National Coal Tar Co.* (181 N. Y. 215).

Norman O. Shepard, Appellant, v. Arthur A. Campbell, Respondent.— Judgment and order affirmed, with costs. All concurred.

The Ontario Bank, Respondent, v. Judson W. Loomis and Charles F. Loomis, Appellants.— Judgment and order affirmed, with costs. All concurred.

Mary Bahr, Respondent, v. John J. Clarke, Appellant.— Judgment affirmed, with costs, on authority of *Paine* v. *Upton* (87 N. Y. 327). All concurred, except Williams J., who dissented on authority of *Curtis* v. *Albee* (167 N. Y. 360).

Jacob N. Pirong, Respondent, v. The Solvay Process Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Nash, J., who dissented.

In the Matter of the Application of Henry Bufton, Respondent, for a Special Town Meeting of the Town of Parma, Monroe County, N. Y., for a Resubmission to the Electors of Said Town of the Local Option Questions Provided by